# Exhibit 1



faegredrinker.com

**Jessica Benson Cox**
Partner
jessica.cox@faegredrinker.com
+1 317 237 1234 direct
+1 317 501 6905 mobile

**Faegre Drinker Biddle & Reath** LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
+1 317 237 0300 main
+1 317 237 1000 fax

June 5, 2024

**VIA E-MAIL**
jflint@flintcooper.com
lwhitley@flintcooper.com

Jacob A. Flint
Laci M. Whitley
Flint Cooper, LLC
222 East Park Street, Suite 500
P.O. Box 189
Edwardsville, IL 62025

Re:   In Re: Cook Medical, Inc. re Sharon Barbour and Myron Barbour, Adam Coleman, Sr. and Rose Coleman, Betty Hayden and Jimmie Hayden, Toby Sills and Sheila Sills, Stella M. Terrell, No. 2570

Dear Counsel:

I attach and serve on you by email in connection with the case described above:

1. The Cook Defendants' Omnibus Motion to Dismiss Cases Filed by Indiana Plaintiffs for Lack of Subject Matter Jurisdiction;
2. The Cook Defendants' Motion for Rule 11 Sanctions; and
3. Declaration of Eldin Hasic.

Pursuant to Federal Rule of Civil Procedure 11(c)(2), we are only *serving* these documents on you at this time.  We have not yet filed these documents with the Court, and we will not do so until at least 21 days have passed from the date of this service.

During that intervening period, we ask that you look once again at this case, recognize the lack of diversity of citizenship and therefore the lack of federal subject matter jurisdiction, and agree to voluntarily dismiss this case.  If you do agree to dismiss, please complete the form Stipulation of Dismissal Without Prejudice that I enclose and return it to me for filing.

We look forward to receiving your agreement to dismissal at your earliest convenience.  If we do not hear from you within the 21 days contemplated by Rule 11, we expect to file these motions with the Court and seek our attorney's fees and costs incurred in preparing the motions.

Jacob A. Flint  - 2 -  June 5, 2024
Laci M. Whitley

Very truly yours,

Jessica Benson Cox

JBC/jlv

Enclosures

DMS_US.364170633.1