# Exhibit 3

*Provided by Stuart Mortuary, Inc*

# ROSE MARIE COLEMAN

*February 23, 2021*



**Rose Marie Coleman** was born August 27, 1942 in Indianapolis, Indiana to Harold Crowe and Berlin Joyce Crowe. She attended the Indianapolis Public Schools and graduated from Crispus Attucks High School and Lock Year College. **Rose** also attended Cosmetology School to enhance her interest in doing hair.

Over the years she had a host of jobs until finally settling on working in her family business. She was co-owner of Janitors and Maids of America Services and Coleman Janitorial and Yard Service with her husband, Adam Coleman, Sr.

**Rose** was the First Lady of Free Spirit Church of God in Christ. She was united in holy matrimony to her husband of 51 years, Pastor Adam M. Coleman, Sr. She and her husband raised four children, Kimberly, Adam Jr., Marvin, and Aaron Coleman.

**Rose** was preceded in death by her daughter, Kimberly Coleman.

She leaves to cherish her memories her husband, Adam Coleman, Sr.; sons, Adam Jr., Marvin, and Aaron; 6 grandchildren; 7 great-grandchildren; aunts, Myra Taylor of Evansville, Indiana and a host of nieces, nephews, cousins, and many friends.

**Humbly Submitted…………………….The Family**