# Exhibit 4

*Provided by Stuart Mortuary, Inc*

# PASTOR ADAM COLEMAN

*July 28, 2021*



*Pastor Adam Michael Coleman, Sr.* was born March 5, 1940 in Indianapolis, Indiana to William and Hellen Coleman.

He attended Indianapolis Public Schools and graduated from Crispus Attucks High School in 1958. He also graduated from ITT Technical Institute.

*Adam* was a devoted Christian and became pastor of his own church, Free Spirit Church of God in Christ.

He was united in Holy Matrimony to Rose Marie Crowe in May 1968. He and his wife raised four children, Kimberly, Adam Jr., Marvin, and Aaron.

*Pastor Coleman* worked at Link Belt, Chrysler, and as an IUPUI Police Officer. Later in life, *Adam* and his wife Rose started a janitorial business called Coleman Janitorial. *Adam's* skills covered many areas, from cleaning carpets to remodeling homes. He was also an IHSAA Official of multiple sports for many years.

*Pastor Adam Michael Coleman, Sr.* departed this earthly life to be with his heavenly father on July 28, 2021. He was preceded in death by his parents; wife, Rose; and daughter, Kimberly.

*Pastor Coleman* is survived by his children, Adam, Jr., Marvin, and Aaron; siblings, Agazine Brown and Alice Fay Maxie Coleman; six grandchildren, seven great-grandchildren, and a host of nieces, nephews, cousins, and many friends.

*May the works I've done speak for me.*
*May the work I've done speak for me.*
*When I'm resting in my grave,*
*there is nothing to be said;*
*May the works that I've done,*
*Speak for me.*

*Humbly Submitted… … … … … ……..The Family*